UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CAUSE NO. 3:10-CR-35(01) RM |
| ) | |
| DANIEL NELLS ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on July 29, 2010 [Doc. No. 21]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Daniel Nells' plea of guilty, and FINDS the defendant guilty of Count 2 of the Indictment, in violation of 18 U.S.C. § 841(a)(1).

SO ORDERED.

ENTERED:  August 18, 2010 

　　　　　　　　　　　　　　　　　　　 /s/ Robert L. Miller, Jr.
　　　　　　　　　　　　　　　　　　Judge
　　　　　　　　　　　　　　　　　　United States District Court